IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KOJOUA VU,

    Plaintiff,

v.

                                      Case No.  22-cv-65-wmc

ANDREW TOLVSTAD,
KEVIN LOZANO,
DANIELLE KRANZ, and
JODY DOUGLAS,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants, dismissing this case.

| /s/ Deputy Clerk | 11/27/2023 |
|---|---|
| Joel Turner, Clerk of Court | Date |